1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5
   Attorney for: PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No. CV 13-4570
12 |                  Plaintiff,  |
13 |        vs.                   | CONSENT JUDGMENT
14 | Ruby N. Turner, aka Ruby     |
15 | Turner,                      |
16 |                  Defendant   |

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Ruby N. Turner, aka
20 Ruby Turner, in the principal amount of $2,601.52 plus
21 interest accrued to June 17, 2013, in the sum of $3,807.78;
22 with interest accruing thereafter at 8% annually until entry
23 of judgment, administration costs in the amount of $0.00,
24 for a total amount of $**6,409.30**.

25

26 DATED: 10/7/13                By: TERRY NAFISI
                                     Clerk of the Court
27
28                                   *(signature)*
                                     Deputy Clerk
                                     United States District Court

Page 5